| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Sharene Paulette Walker** | Case No.<br>Chapter:<br>Judge: | **17-17165-VFP**<br>**13**<br>**Hon. Vincent F. Papalia** |

rev.8/1/18

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Sharene Paulette Walker**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____2/3/2022_____                           *Sharene Paulette Walker*
                                                      **Sharene Paulette Walker**
                                                      Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.