**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharene Paulette Walker<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5234<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–17165–VFP | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sharene Paulette Walker

<u>6/6/22</u>

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 17-17165-VFP
Sharene Paulette Walker                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                                    Page 1 of 4
Date Rcvd: Jun 06, 2022           Form ID: 3180W                                 Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharene Paulette Walker, 742 Greenwood Road, Union, NJ 07083-7422 |
| 516756697 | + | Advance Financial FCU, P.O. Box 2711, Omaha, NE 68103-2711 |
| 516930674 | + | Advanced Financial FCU, 785 Central Ave., New Providence, NJ 07974-1100 |
| 516957059 | + | Advanced Financial Federal, Credit Union, Jerome F. O'Brien, Esq, PO Box 505, West Caldwell, NJ 07007-0505 |
| 516756698 | + | Ashley Furniture, 1 Ashley Way, Arcadia, WI 54612-1200 |
| 516756708 | + | Credit One, 2333 N Broadway Ste 130, Santa Ana, CA 92706-1641 |
| 516756710 | | Ditech, PO Box 78422, Phoenix, AZ 85062-8422 |
| 516820979 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 516756714 | + | Game Stop, 625 Westport Pkwy., Grapevine, TX 76051-6740 |
| 516756718 | + | Lyons, Doughty and Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516756722 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp, Bankruptcy Departmemt, 8900 Freeport Parkway, Irving, TX 75063 |
| 516930675 | + | O'Brien and Taylor, Esqs., 175 Fairfield Ave., P.O. Box 505, Caldwell, NJ 07007-0505 |
| 516786451 | + | STERLING JEWELERS INC D/B/A JARED, GALLERIA OF JEWELRY, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 516756725 | + | Shell Gas Card, P O Box 183018, Columbus, OH 43218-3018 |
| 516930676 | + | Superior Court of New Jersey, 2 Broad St., Docket No: UNN-DC-007309-17, Elizabeth, NJ 07201-2202 |
| 516756729 | + | Superior Court of New Jersey, Union Special Civil Part, 2 Broad St., Docket No. UNN-DC-003219-17, Elizabeth, NJ 07201-2202 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516756699 | + | Email/Text: bk@avant.com | Jun 06 2022 20:42:00 | Avant Credit, 640 N. La Salle Dr., Suite 535, Chicago, IL 60654-3731 |
| 516756703 | | EDI: CITICORP.COM | Jun 07 2022 00:43:00 | BP Oil, P.O. Box 9075, Des Moines, IA 50368-9075 |
| 516756700 | + | EDI: TSYS2 | Jun 07 2022 00:43:00 | Barclay Card, Card Services, PO Box 60517, City of Industry, CA 91716-0517 |
| 516756701 | | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Belk National Bank, P.O. Box 190080, Charlotte, NC 28219 |
| 516756702 | + | EDI: HFC.COM | Jun 07 2022 00:43:00 | Best Buy, HRS- Attention: Bankruptcy Department, Post Office Box 15519, Wilmington, DE 19850-5519 |
| 516994373 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-17165-VFP    Doc 50    Filed 06/08/22    Entered 06/09/22 00:13:32    Desc Imaged
                                 Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 06, 2022 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
| --- | --- | --- | --- |
| | | Jun 06 2022 20:49:34 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516756706 | + EDI: CITICORP.COM | Jun 07 2022 00:43:00 | CBNA, 1000 Technology Drive, O Fallon, MO 63368-2222 |
| 516756704 | EDI: CAPITALONE.COM | Jun 07 2022 00:43:00 | Capital One, 1957 Westmoreland Rd, Richmond, VA 23276-5617 |
| 516864210 | EDI: CAPITALONE.COM | Jun 07 2022 00:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516756705 | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Care Credit, P. O. Box 960061, Orlando, FL 32896-0061 |
| 516952485 | + EDI: BASSASSOC.COM | Jun 07 2022 00:43:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516756707 | + EDI: WFNNB.COM | Jun 07 2022 00:43:00 | Comenity Bank, P.O Box 182273, Columbus, OH 43218-2273 |
| 516850873 | EDI: CRFRSTNA.COM | Jun 07 2022 00:43:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516756709 | + EDI: DISCOVER.COM | Jun 07 2022 00:43:00 | Discover, PO Box 29033, Phoenix, AZ 85038-9033 |
| 519529582 | + EDI: DISCOVER.COM | Jun 07 2022 00:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 516764343 | EDI: DISCOVER.COM | Jun 07 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516756711 | EDI: WFNNB.COM | Jun 07 2022 00:43:00 | Dressbarn, PO Box 659704, San Antonio, TX 78265-9704 |
| 516756712 | EDI: CRFRSTNA.COM | Jun 07 2022 00:43:00 | Firestone, Credit First National Association, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 516756713 | EDI: AMINFOFP.COM | Jun 07 2022 00:43:00 | First Premier Bank, Collection Department, 900 West Delaware,P.O.Box 5519, Sioux Falls, SD 57117-5519 |
| 516756715 | EDI: RMSC.COM | Jun 07 2022 00:43:00 | GAP, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 516756733 | EDI: JPMORGANCHASE | Jun 07 2022 00:43:00 | Toys 'R' Us, Chase Visa, Post Office Box 52064, Phoenix, AZ 85072-2064 |
| 516756716 | + Email/Text: BKRMailOPS@weltman.com | Jun 06 2022 20:42:00 | Jareds Jewelers, 375 Ghent Rd, Akron, OH 44333-4601 |
| 516889154 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2022 20:49:34 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516993369 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2022 20:49:50 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516756718 | + Email/Text: BKNotice@ldvlaw.com | Jun 06 2022 20:42:00 | Lyons, Doughty and Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516965732 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2022 20:42:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516756719 | EDI: WFNNB.COM | Jun 07 2022 00:43:00 | Mandee, Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 516756720 | Email/Text: electronicbkydocs@nelnet.net | Jun 06 2022 20:42:00 | Nelnet, 3015 S. Parker Rd #400, Aurora, CO 80014-2904 |
| 516756721 | + EDI: RMSC.COM | | |

Case 17-17165-VFP    Doc 50    Filed 06/08/22    Entered 06/09/22 00:13:32    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 07 2022 00:43:00 | New Egg, PO Box 105658, Atlanta, GA 30348-5658 |
| 518621764 | | Email/Text: mtgbk@shellpointmtg.com | Jun 06 2022 20:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518621765 | | Email/Text: mtgbk@shellpointmtg.com | Jun 06 2022 20:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516784455 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 06 2022 20:42:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516778799 | | EDI: AGFINANCE.COM | Jun 07 2022 00:43:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516756723 | | EDI: RMSC.COM | Jun 07 2022 00:43:00 | PC Richard, GE Capital Cons. Cardco, PO Box 9001557, Louisville, KY 40290-1557 |
| 517330236 | | EDI: PRA.COM | Jun 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517330237 | | EDI: PRA.COM | Jun 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517000322 | | EDI: PRA.COM | Jun 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516996998 | | EDI: PRA.COM | Jun 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516997626 | | EDI: PRA.COM | Jun 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516870039 | | EDI: Q3G.COM | Jun 07 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516756724 | + | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Sams Club, Attn: Bankruptcy Dept, PO Box 105968, Atlanta, GA 30348-5968 |
| 516756726 | | EDI: WFNNB.COM | Jun 07 2022 00:43:00 | Sports Authority, PO Box 29224, Mission, KS 66201 |
| 516756727 | + | EDI: AGFINANCE.COM | Jun 07 2022 00:43:00 | Springleaf Financial, P.O. Box 64290, Los Angeles, CA 90064 |
| 516756728 | + | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Stein Mart, GE Money Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 516992992 | + | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516757239 | + | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516756730 | + | EDI: RMSC.COM | Jun 07 2022 00:43:00 | Synchrony Bank/Lowe's Consumer, P.O. Box 965022, Orlando, FL 32896-5022 |
| 516840627 | + | Email/Text: bncmail@w-legal.com | Jun 06 2022 20:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516756731 | + | EDI: WTRRNBANK.COM | Jun 07 2022 00:43:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 516756732 | + | EDI: RMSC.COM | Jun 07 2022 00:43:00 | TJ Maxx, TJX Companies, Inc., 770 Cochituate Road, Framingham, MA 01701-4698 |
| 516772458 | + | Email/Text: electronicbkydocs@nelnet.net | | |

Case 17-17165-VFP    Doc 50    Filed 06/08/22    Entered 06/09/22 00:13:32    Desc Imaged
                        Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: 3180W | Total Noticed: 70 |

| | | Jun 06 2022 20:42:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
|---|---|---|---|
| 516756734 | EDI: RMSC.COM | | |
| | | Jun 07 2022 00:43:00 | Wal Mart, P.O. Box 103042, Roswell, GA 30076-9042 |
| 516756735 | EDI: CITICORP.COM | | |
| | | Jun 07 2022 00:43:00 | Zales, P.O. Box 8189, Johnson City, TN 37615-0189 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516756717 | ##+ | Lord and Taylor, 424 5th Ave, New York, NY 10018-2703 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com hllawpc@gmail.com |
| Steven Alan Alpert | on behalf of Debtor Sharene Paulette Walker notice@pricelawgroup.com alpert@pricelawgroup.com;r43354@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8